UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN RE: ) CASE NO: 08-40661-399
)
EDGAR C DAVIS JR )
) CHAPTER 13
)
)
DEBTOR(S) )

LIST OF UNCLAIMED FUNDS AND ENTITIES
WHICH ARE ENTITLED TO PAYMENT

    COMES NOW JOHN V. LABARGE, JR., CHAPTER 13 TRUSTEE, AND PROVIDES LIST FOR FILING PURSUANT TO BANKRUPTCY RULE 3011. THE FOLLOWING IS A LIST OF ALL KNOWN NAMES AND ADDRESSES OF THE ENTITIES AND THE AMOUNTS WHICH THEY ARE ENTITLED TO BE PAID FROM REMAINING PROPERTY OF THE ESTATE THAT IS PAID HEREWITH INTO COURT PURSUANT TO 11 U.S.C. SECTION 347(A):

OSI COLLECTIONS
PO BOX 947 $ 259.98

BROOKFIELD WI
157354        53008-0947

                                                  /s/ John V. LaBarge, Jr.
                                                  -----------------------------------
DATE: April 29, 2011             JOHN V. LABARGE, JR.,
                                                  CHAPTER 13 TRUSTEE
                                                  P.O. Box 430908
                                                  St. Louis, MO 63143
XC -091                          (314) 781-8100   trust33@ch13stl.com